UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Tyno Thomas individually and
on behalf of all others similarly situated

**Plaintiff,**

v.

Monarch Recovery Management, Inc.

**Defendant.**

No. 13-3790

# STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to the named Plaintiff but without prejudice to any putative class members, and without costs to either party.


**S/ JOSEPH MAURO**          2/25/2014
Joseph M. Mauro              Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

**S/ Richard David Lane , Jr.**     2/25/2014
Marshall, Dennehey, Warner, Coleman & Goggin
140 Broadway, 19th Floor
New York, NY 10005
Attorney for Defendants